■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DISIMONE, Appellant. [751 NYS2d 403] —Appeal by the

defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered January 26, 2001, convicting him of murder in the second degree and tampering with physical evidence (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, reversal is not required based on a *Brady* violation (*see Brady v Maryland,* 373 US 83). At a minimum, the information was disclosed to the defendant in time to give him a meaningful opportunity to use it (*see People v Cortijo,* 70 NY2d 868, 870; *People v Ahmed,* 244 AD2d 415).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80, 85-86).

The defendant's remaining contentions are without merit or do not require reversal. Ritter, J.P., Santucci, Goldstein and Mastro, JJ., concur.